[No. 6,554.—Department Two.]

OAKLAND GASLIGHT COMPANY *v.* J. P. DAMERON ET AL.

NEW TRIAL—APPEAL—PRACTICE.—An order granting a new trial will not be reviewed on appeal, where the motion was made on the minutes of the Court, and the record contains no statement.

APPEAL from an order granting a new trial, in the Third District Court, County of Alameda. McKEE, J.

*C. A. Tuttle*, and *J. P. Dameron* in proper person, for Appellants.

It appears from the transcript that there was nothing before the Court upon which to base the motion. The Court had no power to grant the motion without some showing. Here there was no statement, no affidavits, no bill of exceptions.

*N. Hamilton*, and *Marcus P. Wiggin*, for Respondent.

This appeal cannot be heard, inasmuch as no statement is contained in the record.

The COURT:

This is an action of ejectment. The defendants had judgment, and a motion for a new trial was made on the minutes of the Court, which was granted.

The correctness of the ruling cannot be reviewed on this appeal. Section 661 of the Code of Civil Procedure provides that, when the motion for a new trial is made on the minutes of the Court, the judgment roll, and a statement to be subsequently prepared, with a copy of the order, shall constitute the record on appeal. There is no such statement in this case.

Order appealed from affirmed.